No. 87–5210.  JAMES *v.* MARYLAND.  C. A. 4th Cir.  Certiorari denied.

No. 87–5211.  HOWELL *v.* DUCKWORTH ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–5213.  BARNES *v.* SAMBERG, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–5214.  BECKLIN *v.* HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 87–5216.  GRAVES *v.* JONES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–5217.  OGRIZOVICH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 87–5218.  RYAN *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 87–5219.  TAYLOR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–5220.  MAURO *v.* BOARD OF HIGHER EDUCATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–5221.  MARR *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 87–5225.  HOPPINS *v.* ALABAMA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–5226.  KENDALL *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 87–5227.  DITGES *v.* SANBORN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–5229.  RAPRAGER *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 87–5232.  WILLIAMS *v.* JOINER.  C. A. 7th Cir.  Certiorari denied.